**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**URBANA DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.  24-CR-20031 |
| | ) | |
| v. | ) | |
| | ) | **FILED** |
| MARCUS McKINNEY, | ) | |
| | ) | NOV 1 9 2025 |
| Defendant. | ) | |

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

**VERDICT**

**Count One**

We, the jury, find the defendant, Marcus McKinney, ___GUILTY___
(guilty, not guilty)

of the offense of distribution of methamphetamine as charged in Count One of the

Indictment.

If you find the defendant guilty, did the offense involve fifty grams or more of

methamphetamine? ___YES___
(yes, no)

If no, did the offense involve five grams or more of methamphetamine? _____
(yes, no)

**Count Two**

We, the jury, find the defendant, Marcus McKinney, ___GUILTY___
(guilty, not guilty)

of the offense of possession of methamphetamine with the intent to distribute as

charged in Count Two of the Indictment.

If you find the defendant guilty, did the offense involve fifty grams or more of

methamphetamine? _____YES_____
(yes, no)

If no, did the offense involve five grams or more of methamphetamine? _____
(yes, no)

---

### Count Three

We, the jury, find the defendant, Marcus McKinney, _____GUILTY_____
(guilty, not guilty)

of the offense of possession of cocaine with the intent to distribute as charged in Count

Three of the Indictment.

If you find the defendant guilty, did the offense involve five hundred grams or

more of a substance containing cocaine? _____YES_____
(yes, no)

---

### Count Four

We, the jury, find the defendant, Marcus McKinney, _____GUILTY_____
(guilty, not guilty)

of the offense of conspiracy to distribute controlled substances as charged in Count

Four of the Indictment.

If you find the defendant guilty, did the defendant's distribution of a controlled

substance result in serious bodily injury to Kimberly Davis? _____YES_____
(yes, no)

If you find the defendant guilty, did the defendant's distribution of a controlled

substance result in the death of Maggie Avelar? _____YES_____
(yes, no)

## Count Five

We, the jury, find the defendant, Marcus McKinney, _____GUILTY_____
(guilty, not guilty)

of the offense of maintaining drug-involved premises as charged in Count Five of the

Indictment.

## Count Six

We, the jury, find the defendant, Marcus McKinney, _____GUILTY_____
(guilty, not guilty)

of the offense of maintaining drug-involved premises as charged in Count Six of the

Indictment.

## Count Seven

We, the jury, find the defendant, Marcus McKinney, _____GUILTY_____
(guilty, not guilty)

of the offense of conspiracy to engage in misleading conduct as charged in Count Seven

of the Indictment.

## Count Eight

We, the jury, find the defendant, Marcus McKinney, _____GUILTY_____
(guilty, not guilty)

of the offense of witness tampering as charged in Count Eight of the Indictment.

DATE: _11/19/2025_

s/Redacted

_____
Foreperson

s/Redacted                          s/Redacted

s/Redacted                          s/Redacted

s/Redacted                          s/Redacted

s/Redacted                          s/Redacted

s/Redacted                          s/Redacted

s/Redacted                          s/Redacted